**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Ramirez, Rex V | ) | CASE NO. 16-25982 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on March 8, 2019.

Cindy M. Johnson                                                            /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

### Electronic Mail Notice List

- Daniel L Giudice    giudicelaw@gmail.com, giudice1413@gmail.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jose G Moreno    nd-one@il.cslegal.com

### Manual Notice List (the following, and see attached)

Alan D. Lasko & Associates, PC
alasko@adlassoc.com

# SERVICE LIST

Rex V Ramirez
21542 Freeport Court
Plainfield, IL 60544-6093

Cavalry SPV I, LLC
PO Box 27288
Tempe, AZ 85285-7288

Jared Jewelers
375 Ghent Road
Akron, OH 44333-4601

Nationstar Mortgage
8950 Cypress Waters Blvd
Irving, TX 75063

Cach LLC
c/o John C. Bonewicz PC
350 N Orleans Suite 300
Chicago, IL 60654-1607

Chase Bank USA
PO Box 15928
Wilmington, DE 19850

Lorene Duran
1524 Laurel Oaks Drive
Streamwood, IL 60107-3315

Schindler & Joyce
1990 E. Algonquin Road
Suite 180
Schaumburg, IL 60173-4164

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Faith Catindig
3401 Gramercy Way
Mount Laurel, NJ 08054-6740

NATIONSTAR MORTGAGE LLC
C/O Codilis & Associates, P.C.
15W030 North Frontage Rd.
Suite 100
Burr Ridge, IL 60527-6921